# UNITED STATES COURT OF INTERNATIONAL TRADE

|   |   |
|---|---|
| ROSWELL U.S. LLC D/B/A ROSWELL MARINE, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A. MORGAN, ACTING U.S. CUSTOMS & BORDER PROTECTION COMMISSIONER, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

Court No. 20-02397

**SUMMONS**

**TO:**   The Above-Named Defendants

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address is set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

Dated: September 20, 2020

**/s/ Alexandrea R. Simser, Esq.**

Alexandrea R. Simser
Florida Bar No. 103893
General Counsel
Roswell U.S. LLC
2900 Murrell Road
Rockledge, FL 32955
a.simser@roswellglobal.com
321-638-1331