# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ROSWELL U.S. LLC D/B/A ROSWELL MARINE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A. MORGAN, ACTING U.S. CUSTOMS & BORDER PROTECTION COMMISSIONER,<br><br>Defendants. | Court No. 20-02397 |

## **CERTIFICATE OF SERVICE**

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on September 24, 2020, copies of Plaintiffs' Summons and Complaint were served on the following parties by certified mail, return receipt requested:

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

General Counsel Joseph L. Barloon
Office of the General Counsel
Office of the U.S. Trade Representative
600 17th Street, NW
Washington, DC 20508

Chief Counsel Scott K. Falk
Office of Chief Counsel
U.S. Customs & Border Protection
1300 Pennsylvania Ave., NW
Washington, DC 20229

Dated: September 24, 2020	**/s/ Alexandrea R. Simser, Esq.**

Alexandrea R. Simser
Florida Bar No. 103893
General Counsel
Roswell U.S. LLC
2900 Murrell Road
Rockledge, FL 32955
a.simser@roswellglobal.com
321-638-1331